IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| James Rose, #293938, | Civil Action No.: 0:17-cv-02000-RBH-PJG |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO DEPOSE INMATE TERRELL MCCOY, #256070** |
| Andrew Rockefeller, William Cline, Wellington Williams, Albert Mack, Timmothy Clark, and Von Mutius, | |
| Defendants. | |

This matter comes before me upon Motion by Defendants Andrew Rockefeller, William Cline, Wellington Williams, Albert Mack, Timmothy Clark, and Von Mutius (collectively referred to as "Defendants"), pursuant to Rule 30(a)(2)(B) of Federal Rules of Civil Procedure, requesting an Order granting Defendant's Motion to Depose Inmate Terrell McCoy, #256070, in the above-captioned case.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, for good cause shown, that Officer Jacek Kicinski be granted leave to take the deposition of Inmate Terrell McCoy, #256070, on October 15, 2018 at 10:00 AM, at McCormick Correctional Institute of the South Carolina Department of Corrections or the institution where the inmate is housed within the South Carolina Department of Corrections.

IT IS SO ORDERED.

_Paige J. Gossett_
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

September 25, 2018
Columbia, South Carolina